Ruben T. Varela
2249 Camino Del Sol
Fullerton, California  92833
Plaintiff in Pro Per

𝔻 **ORIGINAL**

LODGED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

FILED
CLERK, U.S DISTRICT COURT

JUN 1 6 2011

CENTRAL DISTRICT OF CALIFORN:A
BY                          DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# SACV11 - 00890 CJC(MLGx)

| | |
|---|---|
| **Ruben T. Varela,** | Case No.: |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| **PLAZA ASSOCIATES**, AND | |
| **TRANS UNION, LLC,** | **DEMAND FOR JURY TRIAL** |
| Defendants | |

## COMPLAINT

Plaintiff, **Ruben T. Varela**, hereby sues Defendants, PLAZA ASSOCIATES, and

TRANS UNION, LLC, and alleges:

## PRELIMINARY STATEMENT

1.  This is an action for damages brought for violations of the Fair Debt

Collection Practices Act (FDCPA) 15 U.S.C § 1692 *et seq*.; for damages for

violations of the California Rosenthal Fair Debt Collection Practices Act

(Rosenthal FDCPA), California Civil Code § 1788.12 *et seq.*; and for damages for violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681b.

## JURISDICTION

2.  The Court has jurisdiction under 28 U.S.C. § 1331.  Federal question jurisdiction arises pursuant to 15 U.S.C. § 1692k and 15 U.S.C §1681p.  The court has supplemental jurisdiction over state law claims pursuant to 28 U.S.C. §1367.

## VENUE

3.  Venue is proper pursuant to 28 U.S.C §1391(b), in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

## PARTIES

4.  Plaintiff, Ruben T. Varela, is a natural person residing at 2249 Camino Del Sol, Fullerton, California, 92833.

5.  Defendant, PLAZA ASSOCIATES ("Plaza Associates"), is an unknown entity, not authorized to do business in California, and resides at 370 Seventh Avenue, Suite 1200, New York, NY, 10001.

6.  Defendant, TRANS UNION, LLC ("Trans Union"), is a Delaware Limited Liability Company, authorized to do business in California, and resides at 555 W. Adams Street, Chicago, IL, 60661

7. All conditions precedent to the bringing of this action have been performed, waived or excused.

## STATEMENT OF FACTS

8.  During the month of February, 2011, Plaza Associates engaged in impermissible contact with third parties in connection with the collection of an alleged debt, without the prior consent of Plaintiff, by initiating a soft pull of Plaintiff's consumer credit report from Trans Union, without a permissible purpose.

(a) Plaintiff has no contractual relationship with Plaza Associates.

(b) Plaintiff has never had any "account" with the Plaza Associates, as defined by the Electronic Fund Transfer Act (EFTA) §903(2), pursuant to 15 U.S.C. §1681a(r)(4).

(c) ETFA §903(2) is codified to 15 U.S.C. §1693a(2), which provides that: "the term "account" means a demand deposit, savings deposit, or other asset account (other than an occasional or incidental credit balance in an *open end credit plan* as defined in section 1602(i) of this title), as described in regulations of the Board, established primarily for personal, family, or household purposes, but such term does not include an account held by a financial institution pursuant to a bona fide trust agreement. *(Emphasis added.)*

(d) 15 U.S.C. §1602(i) provides that: "the terms *"open end credit plan"* and "open end consumer credit plan" mean a plan under which the creditor

reasonably contemplates repeated transactions, which prescribes the terms of

such transactions, and which provides for a finance charge which may be

computed from time to time on the outstanding unpaid balance. A credit plan

or open end consumer credit plan which is an open end credit plan or open

end consumer credit plan within the meaning of the preceding sentence is an

open end credit plan or open end consumer credit plan even if credit

information is verified from time to time." *(Emphasis added.)*

9. The limited provisions set forth in 15 U.S.C. §1681b, operate to support

the confidentiality of consumer reports by limiting their dissemination.

Trans Union is required, under 15 U.S.C. §1681e(a), to maintain reasonable

procedures designed to limit the furnishing of consumer reports to <u>only</u> the

purposes listed under §1681b.

## CLAIM I

**VIOLATIONS OF THE FAIR DEBT COLLECTIONS PRACTICES ACT (FDCPA), 15 U.S.C. § 1692 *et seq.*, BY DEFENDANT PLAZA ASSOCIATES**

10. Paragraphs 1 through 9 are re-alleged as though fully set forth herein.

11. Plaintiff is a "consumer" within the meaning of the FDCPA, 15 U.S.C. §1692a(3).

12. Plaza Associates is a "debt collector" within the meaning of FDCPA, 15 U.S.C. §1692a(6).

13.  Plaza Associates violated the FDCPA. Defendant's violations include, but are not limited to, the following:

(a) Plaza Associates violated 15 U.S.C. §1692c(b), by unlawfully communicating with third parties, in connection with the collection of any debt, without the prior consent of the consumer.

(b) Plaza Associates violated 15 U.S.C. §1692e(2)(A), by falsely representing the character, amount, or legal status of any debt.

(c) Plaza Associates violated 15 U.S.C §1692e(10), by the use of false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

## CLAIM II

**VIOLATIONS OF THE CALIFORNIA ROSENTHAL FAIR DEBT COLLECTIONS PRACTICES ACT ("Rosenthal FDCPA"), Cal. Civil Code §1788 *et seq.*, BY DEFENDANT PLAZA ASSOCIATES**

14.  Paragraphs 1 through 9 are re-alleged as though fully set forth herein.

15.  Plaintiff is a "debtor" within the meaning of the Rosenthal FDCPA, Cal. Civil Code § 1788.2(h).

16.  Plaza Associates is a "debt collector" within the meaning of the Rosenthal FDCPA, Cal. Civil Code §1788.2(c).

17.  Plaza Associates willfully, and intentionally violated the Rosenthal FDCPA.  Defendant's violations include, but are not limited to, the following:

(a) Plaza Associates violated Cal. Civil Code §1788.12(b), including the unlawful communications with third parties.

(b) Plaza Associates violated Cal. Civil Code §1788.17, by violating those provisions of 15 U.S.C. §1692 *et seq.*, and engaging in unlawful, false, and misleading communications, including those set forth above.

## CLAIM III

**VIOLATIONS OF THE FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. § 1681b, WILLFULL NON-COMPLIANCE BY DEFENDANTS PLAZA ASSOCIATES AND TRANS UNION**

18.  Paragraphs 1 through 9 are re-alleged as though fully set forth herein.

19.  Plaintiff is a "consumer" within the meaning of the FCRA, 15 U.S.C. §1681a(c).

20.  Plaza Associates is a "furnisher of information" within the meaning of the FCRA, 15 U.S.C. §1681s-2.

21.  Trans Union is a "credit reporting agency" within the meaning of the FCRA, 15 U.S.C §1681(f).

22.  Plaza Associates and Trans Union willfully violated the FCRA. Defendants' violations include, but are not limited to, the following:

(a) Plaza Associates willfully violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

(b) Trans Union willfully violated 15 U.S.C. §1681b, by furnishing Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

## CLAIM IV

**VIOLATIONS OF THE FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. § 1681b, NEGLIGENT NON-COMPLIANCE BY DEFENDANTS PLAZA ASSOCIATES AND TRANS UNION**

23.  Paragraphs 1 through 9 are re-alleged as though fully set forth herein.

24.  Plaintiff is a "consumer" within the meaning of the FCRA, 15 U.S.C. §1681a(c).

25.  Plaza Associates is a "furnisher of information" within the meaning of the FCRA, 15 U.S.C. §1681s-2.

26.  Trans Union is a "credit reporting agency" within the meaning of the FCRA, 15 U.S.C §1681(f).

27.  Plaza Associates and Trans Union negligently violated the FCRA. Defendants' violations include, but are not limited to, the following:

(a) Plaza Associates negligently violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

(b) Trans Union negligently violated 15 U.S.C. §1681b by furnishing Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

## REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

28.  Judgment for damages against Plaza Associates for statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1692k.

29.  Judgment for damages against Plaza Associates for statutory damages, and punitive damages, attorney's fees and costs, pursuant to Cal. Civil Code §1788.17, and Cal. Civil Code §1788.30(b).

30.  Judgment for damages against Plaza Associates and Trans Union for statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681n.

31.  Judgment for damages against Plaza Associates and Trans Union for statutory damages, and punitive damages, attorney's fees and costs, pursuant to 15 U.S.C. §1681o.

32.  Any further relief which the court may deem appropriate.

## **DEMAND FOR JURY TRIAL**

33.  Plaintiff hereby requests a jury trial on all the issues raised in this complaint.

Dated: June 14, 2011

By:  Ruben T. Varela

Plaintiff in Pro Per

Name & Address:

Ruben T. Varela
2249 Camino Del Sol
Fullerton, CA  92833
Plaintiff in Pro Per

FOR OFFICE USE ONLY    COPY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ruben T. Varela,<br><br>                                    PLAINTIFF(S)<br><br>                    v.<br><br>PLAZA ASSOCIATES, AND<br>TRANS UNION, LLC,<br><br>                                    DEFENDANT(S). | CASE NUMBER<br><br>**SACV11-00890** CJC(MLGX)<br><br><br>**SUMMONS** |

TO:     DEFENDANT(S): PLAZA ASSOCIATES, and TRANS UNION, LLC

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, ____Ruben T. Varela, in Pro Per____, whose address is _____2249 Camino Del Sol, Fullerton, CA, 92833_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: June 16, 2011

By: ____A. DeAvila____
        Deputy Clerk

        (Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].

## FOR OFFICE USE ONLY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☑)

Ruben T. Varela

**DEFENDANTS**

PLAZA ASSOCIATES, and TRANS UNION, LLC

*ORIGINAL*

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

2249 Camino Del Sol
Fullerton, CA 92833
(714) 864-0150

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT: $** unspecified <$6,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Violations of 15 U.S.C. §1692 et. seq., and 15 U.S.C. §1681b

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☑ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| **FDCPA, FCRA** | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: **SACV11-00890**

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
  ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | PLAZA ASSOCIATES resides in New York state<br>TRANS UNION, LLC resides in Illinois state |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
  **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____  Date  JUNE 14, 2011

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |